**LAW OFFICES OF NOLAN KLEIN, P.A.**                    **ATTORNEYS & COUNSELORS**

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 3|2|2022 |

Nolan Klein, Esq.
klein@nklegal.com

March 2, 2022

MEMO ENDORSED

**VIA CM/ECF**

Honorable Chief Judge Colleen McMahon
Southern District of New York
500 Pearl Street
New York, NY 10007

Conference adjourned to
3/24/2022 @ 10:00 a.m.

> *Re:* ***Juscinska v. Honest Chops Grill, LLC, et al.***
> ***SDNY Case No.: 1:22-cv-00416-CM***

*Colleen McM*
3/2/2022

Dear Judge McMahon:

This office represents the Plaintiff, Natalia Juscinska, in the above-captioned case. An initial pre-trial conference is scheduled for March 10, 2022 at 11:00 a.m.

To date, Counsel for Defendants, Honest Chops Grill, LLC, and 99 MacDougal, LLC, have not made an appearance and responses are due on March 15, 2022. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow Defendants to make an appearance. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By: _/s/ Nolan Klein_
NOLAN KLEIN (NK4223)

NKK/amd