# LAW OFFICES OF NOLAN KLEIN, P.A.     ATTORNEYS & COUNSELORS

112 W. 34TH STREET, SUITE 1800
NEW YORK, NY 10120
PH: (646) 560-3230

633 S. ANDREWS AVE., SUITE 500
FORT LAUDERDALE, FL 33301
PH: (954) 745-0588

www.nklegal.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
FILED: 3/22/2022

Nolan Klein, Esq.
klein@nklegal.com

March 21, 2022

MEMO ENDORSED

**VIA CM/ECF**
Honorable Chief Judge Colleen McMahon
Southern District of New York
500 Pearl Street
New York, NY 10007

Conference adjourned.

/s/ Colleen McMahon
3/22/2022

    *Re:*    <u>*Juscinska v. Honest Chops Grill, LLC, et al.*</u>
           *SDNY Case No.: 1:22-cv-00416-CM*

Dear Judge McMahon:

    This office represents the Plaintiff, Natalia Juscinska, in the above-captioned case. An initial pre-trial conference is scheduled for March 24, 2022 at 10:00 a.m.

    Defendant, Honest Chops Grill, LLC, and 99 MacDougal, LLC, were served with process on February 22, 2022. Both returns of service have been filed. *Dkt. 8, 9*. Responses from both Defendants were due by March 15, 2022. To date, no responses have been filed. Plaintiff intends to file a request for Clerk's default by the end of this week if Defendants have still not appeared, or otherwise reached out to my office in this case. Plaintiff therefore respectfully requests that the conference set for March 24, 2022, be adjourned to provide time for Defendants to appear, or alternatively, for Plaintiff to seek a default in this matter. This is Plaintiff's second request for an adjournment of this conference, and the request should not prejudice any parties or affect any other scheduled dates.

    Thank you for your time and consideration in this matter.

                                               Respectfully Submitted,

                                             **Law Offices of Nolan Klein, P.A.**

                                             By:    */s/ Nolan Klein*
                                                   NOLAN KLEIN (NK4223)

NKK/amd